UNITED STATES BANKRUPTCY COURT
Middle District of Florida
Orlando Division

IN RE:

MICHEAL WAYNE PARKS and
MARLIE BREEDLOVE PARKS,
Debtors.

CASE NO:
CHAPTER 7

## DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, MICHAEL WAYNE PARKS and MARLIE BREEDLOVE PARKS, declare(s) under penalty of perjury that:

1. We have signed the originals of the documents identified below under penalty of perjury ("Verified Documents").

2. The information contained in the Verified Documents are true to the best of our knowledge and belief.

3. We understand that the Verified Documents are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

_____
MICHEAL WAYNE PARKS
Signature of Debtor

_____
MARLIE BREEDLOVE PARKS
Signature of Joint Debtor

Verified Documents

|   | Full Descriptive Title | Date Executed |
|---|---|---|
| 1. | Voluntary Petition | 04/13/2010 |
| 2. | Exhibit D – Individual Debtor's Statement of Compliance with Credit Counseling Requirement | 04/13/2010 |
| 3. | Declaration Concerning Debtor's Schedules | 04/13/2010 |
| 4. | Statement of Financial Affairs | 04/13/2010 |
| 5. | Chapter 7 Individual Debtor's Statement of Intention | 04/13/2010 |
| 6. | Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code | 04/13/2010 |
| 7. | Verification of Creditor Matrix | 04/13/2010 |
| 8. | Statement of Social Security Number(s) | 04/13/2010 |
| 9. | Chapter 7 Statement of Current Monthly Income and Means-Test Calculation | 04/13/2010 |