UNITED STATE BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

**MICHEAL WAYNE PARKS** and
**MARLIE BREEDLOVE PARKS,**

CASE NO.: **6:10-bk-06362-ABB**

Debtors.
_____/

### NOTICE OF JOINT DEBTOR'S NON-EMPLOYMENT

COMES NOW the undersigned counsel for Debtors and files Notice of Joint Debtor's Non Employment and states that Joint Debtor, Marlie Breedlove Parks, has been unemployed since approximately 2008 and has not received any type or form of compensation since that time and therefore does not have any pay advices to provide to the Court.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided by U.S. Mail delivery to Leigh R. Meininger, Chapter 7 Trustee, P.O. Box 1946, Orlando, FL 32802-1946; and U.S. Trustee's Office, 135 W. Central Blvd. – Suite 620, Orlando, FL 32801, this ___ day of April, 2010.

Robert M. Baldwin, Esquire
Florida Bar No. 0040626
Abeles, Baldwin & Associates, LLC
5 West Highbanks Road
DeBary, Florida 32713
Telephone: (386) 668-8511
Facsimile: (386) 668-0100
Attorney for Debtors