# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - ORLANDO DIVISION

CASE NO: 6:10-bk-06362-ABB
CHAPTER 7 CASE

In re:

Michael Wayne Parks and Marlie Breedlove Parks,

    Debtor(s).

## NOTICE OF APPEARANCE

National City Bank successor by merger to Harbor Federal Savings Bank, its Successors and/or Assigns, a Secured Creditor in the above-styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor(s), or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**WILLIAM E. GRANTMYRE, JR., ESQUIRE**
**LAW OFFICES OF DAVID J. STERN, P.A.**
**900 SOUTH PINE ISLAND ROAD, SUITE 400**
**PLANTATION, FL 33324-3920**

Dated this ___7___ day of May, 2010.

    LAW OFFICES OF DAVID J. STERN, P.A.
    Attorney for Secured Creditor
    900 South Pine Island Road, Suite 400
    Plantation, FL 33324-3920
    Phone: (954) 233-8000/ Ext. 1191
    Fax:   (954) 233-8696

    /s/ William E. Grantmyre Jr., Esq.
    WILLIAM E. GRANTMYRE, JR.
    FBN 58721

     **I HEREBY CERTIFY** that a true copy of the foregoing Notice of Appearance has been served either by electronic transmission or by United States first class mail postage prepaid to the following

Michael Wayne Parks and Marlie Breedlove Parks
130 South Adelle Avenue
Deland, FL 32720

Leigh R. Meininger, Trustee
P.O. Box 1946
Orlando, FL 32802


U.S. Trustee
United States Trustee ORL7
135 West Central Boulevard, Suite 620
Orlando, FL 32801

Robert M. Badlwin, Esq.
Abeles & Associates
5 West Highbanks Road
DeBary, FL 32713


this   7   day of May, 2010.

                                                LAW OFFICES OF DAVID J. STERN, P.A.
                                                Attorney for Secured Creditor
                                                900 South Pine Island Road, Suite 400
                                                Plantation, FL 33324-3920
                                                Phone: (954) 233-8000/ Ext. 1191
                                                Fax:    (954) 233-8696


                                                /s/ William E. Grantmyre Jr., Esq.
                                                WILLIAM E. GRANTMYRE, JR.
                                                FBN 58721


09-19076.NOA