UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - ORLANDO DIVISION

IN RE:

Michael Wayne Parks and Marlie
Breedlove Parks,
    Debtor(s).

CASE NO. 6:10-bk-06362-ABB

CHAPTER 7 CASE

### ORDER LIFTING THE AUTOMATIC STAY
### IN FAVOR OF NATIONAL CITY BANK

**THIS CASE** came before the Court on the Motion for Relief from the Automatic Stay (Docket #15) filed by National City Bank successor by merger to Harbor Federal Savings Bank, its Successors and/or Assigns ("Secured Creditor") and there being no objections to the entry of this Order, and the Court being otherwise more fully advised in the premises, it is:

**ORDERED**:

1.    Secured Creditor's Motion for Relief from the Automatic Stay is Granted.

2.    The automatic stay imposed by 11 U.S.C. § 362 is lifted with respect to real property located at 2675 Grayson Street, Orange City, Florida 32763, legally described as:

**BEGINNING AT A POINT IN THE WEST SIDE OF THE LINE OF GRAYSON STREET WHICH POINT IS DISTANCE NORTH 332 FEET FROM THE INTERSECTION OF SAID LINE OF GRAYSON STREET WITH THE NORTH SIDE LINE OF MINNESOTA AVENUE; THENCE (1) RUNNING WEST AND PARALLEL WITH THE AFORESAID LINE OF EAST MINNESOTA AVENUE, 304 FEET TO THE WEST LINE OF THE WEST 1/2 OF THE S.E 1/4 OF THE SECTION 33, TOWNSHIP 17 SOUTH, RANGE 30 EAST; THENCE (2) RUNNING ALONG THE SAME, NORTH 95 FEET TO THE SOUTHWEST CORNER OF LANDS CONVEYED BY KELLY J. LUNDY, ET UX, TO DONALD DICKENS BY DEED DATED APRIL 2, 1962; THENCE (3) RUNNING EAST AND PARALLEL WITH THE AFORESAID LINE OF EAST MINNESOTA AVENUE, 304 FEET TO THE AFORESAID LINE OF GRAYSON STREET; THENCE (4) RUNNING**


**SOUTH ALONG THE AFORESAID LINE OF GRAYSON STREET, 95 FEET TO THE PLACE OF BEGINNING.**

3. This Order lifting the automatic stay is entered for the sole purpose of allowing National City Bank successor by merger to Harbor Federal Savings Bank, its Successors and/or Assigns to pursue its lawful *in rem* remedies as to the above-described property and said creditor shall neither seek nor obtain an *in personam* judgment against the Debtor(s).

**DONE AND ORDERED** in Orlando, Florida on June 9, 2010.



**ARTHUR B. BRISKMAN**
**United States Bankruptcy Judge**

Copies furnished to:

William E. Grantmyre, Jr, Esq., Attorney for National City Bank
Law Offices of David J. Stern, P.A.
900 South Pine Island Road, Suite 400, Plantation, FL 33324-3920

Michael Wayne Parks and Marlie Breedlove Parks
130 South Adelle Avenue, Deland, FL 32720

Leigh R. Meininger, Trustee, P.O. Box 1946, Orlando, FL 32802

U.S. Trustee, United States Trustee ORL7
135 West Central Boulevard, Suite 620, Orlando, FL 32801

Robert M. Badlwin, Esq., Attorney for the Debtor(s), Abeles & Associates
5 West Highbanks Road, DeBary, FL 32713

09-19076 (NCMC).mfr