[6237ord1] [ORDER APPROVING]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No. 6:10–bk–06362–ABB
Chapter 7

Micheal Wayne Parks
130 S Adelle Ave
Deland, FL 32720

Marlie Breedlove Parks
130 S Adelle Ave
Deland, FL 32720

_____Debtor(s)_____/

## ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION

It appearing to the Court that Leigh R Meininger, trustee in the above entitled case has filed a final report of no distribution and that said trustee has performed all other required duties in the administration of this estate.. Accordingly it is:

ORDERED:

1. The report of the trustee is hereby approved and that the estate is closed.

2. The trustee is discharged and relieved of her/his trust.

3. All deficient pleadings that have not been cured are considered moot.

DONE AND ORDERED on July 30, 2010 .

_____
Arthur B. Briskman
United States Bankruptcy Judge